# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ZEFERINO ELIZONDA,

    Petitioner,

vs.

D. W. NEVEN, et al.,

    Respondents.

Case No. 2:11-CV-01735-GMN-(CWH)

**ORDER**

    Petitioner having submitted an unopposed motion for enlargement of time to file first amended petition (first request) (#9), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for enlargement of time to file first amended petition (first request) (#9) is **GRANTED**.  Petitioner shall have through May 31, 2012, to file an amended petition.

    DATED this 28th day of February, 2012.

    Gloria M. Navarro
    United States District Judge