1

2

3

4

5

6                **UNITED STATES DISTRICT COURT**

7                     **DISTRICT OF NEVADA**

8

9 ZEFERINO ELIZONDA,

10       Petitioner,                           Case No. 2:11-CV-01735-GMN-(CWH)

11 vs.                                     **ORDER**

12 D. W. NEVEN, et al.,

13       Respondents.

14

15       Petitioner having submitted an unopposed motion for enlargement of time to file first

16 amended petition (third request) (#13), and good cause appearing;

17       IT IS THEREFORE ORDERED that petitioner's unopposed motion for enlargement of time

18 to file first amended petition (third request) (#13) is **GRANTED**.  Petitioner shall have through

19 September 28, 2012, to file an amended petition.

20       DATED this 30th day of July, 2012.

21

22                                                   _____

23                                            Gloria M. Navarro
                                           United States District Judge

24

25

26

27

28