# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ZEFERINO ELIZONDA,<br><br>    Petitioner,<br><br>vs.<br><br>D. W. NEVEN, et al.,<br><br>    Respondents. | Case No. 2:11-CV-01735-GMN-(CWH)<br><br>**ORDER** |

   Petitioner having submitted an unopposed motion for enlargement of time to file first amended petition (third request) (#13), and good cause appearing;

   IT IS THEREFORE ORDERED that petitioner's unopposed motion for enlargement of time to file first amended petition (third request) (#13) is **GRANTED**. Petitioner shall have through September 28, 2012, to file an amended petition.

   DATED this 30th day of July, 2012.

_____
Gloria M. Navarro
United States District Judge