UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ZEFERINO ELIZONDA,<br><br>                     Petitioner,<br><br>    v.<br><br>D. W. NEVEN, et al.,<br><br>                     Respondents. | Case No. 2:11-cv-01735-MMD-CWH<br><br>ORDER |

Petitioner has submitted a first amended petition for writ of habeas corpus (dkt. no. 18). The Court has reviewed it pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. Respondents will need to file an answer or other response to the first amended petition.

IT IS THEREFORE ORDERED that petitioner's motion for enlargement of time to file first amended petition (fourth request) (dkt. no. 15) is GRANTED.

IT IS FURTHER ORDERED that respondents' motion for clarification of briefing schedule (dkt. no. 25) is GRANTED.

IT IS FURTHER ORDERED that respondents shall have forty-five (45) days from the date of entry of this order to answer or otherwise respond to the first amended petition (dkt. no. 18). If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District

Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply.

DATED THIS 27th day of February 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE