# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ZEFERINO ELIZONDO,

    Petitioner,

vs.

D. W. NEVEN, et al.,

    Respondents.

Case No. 2:11-cv-01735-APG-CWH

**ORDER GRANTING MOTION FOR CORRECTION**

Respondents filed a motion (Dkt. #52) seeking to correct a clerical error in the Court's March 17, 2014 Order (Dkt. #50) granting Respondents' motion to dismiss. Specifically, page 6, line 24 of the Order should be corrected to reflect that the hearing referenced therein occurred on October 3, 2006, rather than in 2008. For good cause shown,

IT IS HEREBY ORDERED that Respondents' motion is GRANTED. The Court will enter an Amended Order granting the motion to dismiss.

DATED: March 20, 2014.

                                                      ANDREW P. GORDON
                                                      United States District Judge